**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JENNIFER WHITE**                                                                 **PLAINTIFF**

**v.**                                        **No. 3:25-cv-00240-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                               **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 11*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 16 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE