## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JENNIFER WHITE**                                                              **PLAINTIFF**

**v.**                                    **No. 3:25-cv-00240-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                              **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 16 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE