**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JENNIFER WHITE**                                                          **PLAINTIFF**

**v.**                                        **No. 3:25-cv-00240-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                           **DEFENDANT**

**ORDER**

Pending before the Court is Plaintiff Jennifer White's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$3,126.80**. *Doc. 14.* Plaintiff is entitled to an award of attorney's fees and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 14*) is GRANTED. Plaintiff is awarded **$3,126.80** in attorney's fees under the EAJA.[1]

So Ordered 21 May 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.